# Brandi J. Tonkel                                                        Curriculum Vitae
1330 Jolly Lane                                                           Work (605) 716-1628
Rapid City, SD 57703                                                      Email   brandi.tonkel@chssd.org

**Education**
*2003-2008*        Bachelors of Science - Psychology, Black Hills State University
                   Completed 12-2008        Minor in Sociology

*1999-2003*        Diploma, Central High School
                   Completed 05-2003

**Employment**
*2010- Present*    **Lead Forensic Interviewer, Children's Home Society – Rapid City, SD**
         Conduct sensitive and thorough interviews with children who are possible victims of child abuse and/or neglect utilizing research and practice-informed techniques as part of a larger investigative process. Consults with investigative team members before, during, and after child abuse interviews to ensure the integrity of the interviews. Testifies in criminal and/or juvenile court when appropriate to clarify information obtained during the interview with the child, as well as to provide expert testimony. Maintains professional relationships with team members from the hospital, pediatricians, law enforcement, States Attorney, Department of Social Services, U.S. Attorney, and other referral sources.

*2008-2010*        **Family Services Specialist, South Dakota Department of Social Services- Rapid City, SD**
         Investigate alleged sexual, physical or emotional child abuse and neglect.  Provide family assessments and follow-up services through interviews with adults and children, through cooperative efforts with law enforcement and court officials. Maintain community relations to further promote the efforts of the Department of Social Services in its commitment to child protection.

*2004-2005*        **Parenting Specialist, Wellspring, Inc. - Rapid City, SD**
         Supervision of children and teenagers in a residential treatment setting.  Group leadership- life and independent living skills training, teaching and modeling personal accountability and stress management.  Chemical Dependence training, CPR and Medication certification, de-escalation training, incident reporting and mentorship/building relationships with youth.

**Internship**
*2008*             **Children's Home Society –Internship-Rockerville, SD**
         Child Supervision, both independently and within a team.  Intervention during potentially violent situations and de-escalation.   In-service hours regarding drug and alcohol abuse and the effects on the family, RAD in children training, de-escalation training, child abuse reporting protocols and CPR certification.

**Membership**

*2010-Current*     Western South Dakota Child Protection Council
*2010-Current*     American Professional Society on the Abuse of Children
*2017-Current*     Toastmasters International
*Jan.-Aug. 2017*   National Children's Advocacy Center Mentoring and Consultation Group

**Honors**

*2016* Extra Mile Hero Award-Mayor Steve Allender of Rapid City, SD
*2014* Building Strong Families Award- Western South Dakota Child Protection Council

**Training**

| Date    | **Training**                            | Hrs. | Instructor                                  |
|---------|-----------------------------------------|------|---------------------------------------------|
| 03/2009 | Initial Family Assessment Training      | 40   | South Dakota Department of Social Services  |
| 04/2009 | Protective Capacity Assessment Training | 40   | South Dakota Department of Social Services  |
| 04/2009 | Permanency and Wellbeing Training       | 40   | South Dakota Department of Social Services  |

| | | | |
|---|---|---|---|
| 05/2009 | Family And Children Information System Training | 32 | South Dakota Department of Social Services |
| | **Employment with CHS beginning at 09/10** | | |
| 09/16/10 | Child Physical Abuse | 1.75 | Vincent Palusci MD |
| 09/16/10 | Abusive Head Trauma in Children | 1.75 | Vincent Palusci MD |
| 09/16/10 | No Place to Call Home | 1 | Wendy Giebink |
| 09/16/10 | Child Sexual Abuse and Sexually Transmitted Diseases | 1.5 | Vincent Palusci MD |
| 09/16/10 | Munchausen's by Proxy | 1.5 | Vincent Palusci MD |
| 10/13-15/10 | Family and Victim Advocacy Training | 22.5 | National Children's Advocacy Center |
| 10/25-29/10 | Forensic Interviewing of Children Training | 40 | National Children's Advocacy Center |
| 11/5/10 | Multi-Disciplinary Team Training | 7.5 | National Children's Advocacy Center |
| 01/4/11-01/7/11 | Forensic Interviewing of Children Training | 32 | National Children's Advocacy Center |
| 02/2/11 | Rapport Building and Narrative Practice | 1 | Tom Lyon PhD, JD |
| 02/2/11 | Interviewing Children with Autism and other Developmental Delays | 2 | Scott Modell PhD |
| 02/3/11 | Child Homicide: Where Faith is the Answer | 1 | James Dwyer, JD |
| 02/7/11 | Human Trafficking | 1 | Robin Sax, JD |
| 02/7/11 | Profiling the Child Molester | 2 | Investigator George Ryan |
| 02/8/11 | When It is in the Family: How to Handle Sibling Sexual Abuse | 1 | Jacqueline Page PsyD |
| 02/10/11 | Pornography: It's Impact on Work and Our Lives | 1.75 | Cordelia Anderson, MA |
| 02/10/11 | Providing Expert Testimony in Child Abuse Cases | 2.5 | Laura Rogers, JD |
| 02/14/11 | Developmental and Medical Effects of Domestic Violence on Children | 2 | John Stirling, MD |
| 02/21/11 | My Sister is Frozen and Mommy Cried: Understanding Homicide from a Child's Perspective | 1.5 | National Children's Advocacy Center |
| 02/22/11 | Shattered Hearts: When Adolescents Sexually Abuse within their Family | 1 | Jacqueline Page PsyD |
| 02/22/11 | Working with the Non-Offending Caregiver | 1 | National Children's Advocacy Center |
| 02/22/11 | Understanding the Role of the Medical Provider | .25 | Rich Kaplan, MSW, MD |
| 02/22/11 | Recognizing Abusive Injuries | .75 | Rich Kaplan, MSW, MD |
| 02/23/11 | Abusive Fractures | .5 | Rich Kaplan, MSW, MD |
| 02/24/11 | Child Sexual Abuse: A Medical and Legal Update | .5 | Rich Kaplan, MSW, MD |
| 03/7/11 | Winning in Court, Taint and Crawford, the Dual Dilemma | 1 | Paul Tressler, JD |
| 03/10/11 | Child Abuse Investigations in Meth Lab Cases | 1.25 | Detective Tim Ahumada |
| 03/10/11 | Child Development 101 | 2 | Allison DeFelice, PhD |
| 03/18/11 | Allegations of Sexual Abuse Arising in Divorce, Custody and Visitation Dispute Cases | 1 | Kathleen Faller |
| 03/18/11 | How to Handle Juvenile Prostitution Cases | 1.75 | National District Attorneys Association |
| 03/24/11 | Question Types | 1 | Tom Lyon PhD, JD |
| 03/24/11 | Interview Instructions | 1 | Tom Lyon PhD, JD |
| 03/28/11 | Allegation Phase | 1 | Tom Lyon PhD, JD |
| 04/05/11 | Managing Secondary Traumatic Stress: A Training for First Responders to Children's Trauma | 1 | Mary Pulido PhD |
| 05/03/11 | In My Neighbor's House: Addressing Child Abuse in Rural Communities | 2 | Victor Veith, JD |
| 05/03/11 | Developing a Multidisciplinary Response to Child Abuse | 2 | Victor Veith, JD |
| 05/04/11 | Medical Issues in Child Abuse | 3 | Rich Kaplan MD |
| 05/04/11 | Child Homicide Investigations and Trial Strategies | 1 | Rich Kaplan MD |
| 05/04/11 | Abusive Head Trauma | 1 | Eleanor Odom JD |
| 05/04/11 | Tips on Testifying | 1 | Eleanor Odom JD |
| 06/10/11 | Child Welfare in Indian Country | 1 | Kathy Deserly |
| 06/10/11 | Child Pornography "Collectors" are Child Abusers | 1.25 | Stephanie Smith |

| | | | |
|---|---|---|---|
| 06/15/11 | Evidence Presenting in the Forensic Interview | 1.25 | FBI |
| 06/15/11 | Get Ready, He's Coming Home: Reunification and the Juvenile Sex Offender | 1.75 | Dan Powers |
| 06/17/11 | Exploring Cultural Differences on Disclosure Rates: Reflections on Children | 1 | Paul Steele, PhD |
| 07/13/11 | Investigating and Prosecuting the School Teacher Offender | 2 | Nancy Lamb JD, and George Ryan |
| 07/14/11 | Understanding and Managing Ethically Difficult Child Abuse Situations | 1 | Eleanor Odom JD |
| 08/16/11 | Growing Up Amish | 1.5 | Ruth Irene Garrett |
| 08/16/11 | Commercial Sex Exploitation of Children: Sex Trafficking is a CAC Issue | 1.5 | Trudy Novicki |
| 08/18/11 | Extended Forensic Interviews/Evaluations with Linda Cordisco-Steele | 1 | National Children's Advocacy Center |
| 08/18/11 | Recantation and Denial | 1.5 | Tom Lyon PhD, JD |
| 08/18/11 | Identification and Interventions for Adolescent Female Offenders | 1.5 | John Seasock |
| 08/18/11 | Normal and Abnormal Sexualized Behaviors in Children | 1 | Sandra Hewitt |
| 08/22/11 | Serving American Indian Victims of Sex Trafficking | 1 | Suzanne Koepplinger |
| 08/23/11 | The Impact of Trauma on Children and Their Development | 1.5 | Dr. Eidell Wasserman |
| 08/23/11 | South Dakota's Cold Case: The Anna Mae Aquash Murder | 1.5 | SD Attorney General Marty Jackley |
| 08/24/11 | Prosecuting Domestic Violence Cases in Indian Country | 1.5 | Jan Morley, JD |
| 08/24/11 | Working With Adolescent Victims of Childhood Trauma | 1.5 | Dr. Eidell Wasserman |
| 08/24/11 | Cultural Considerations for Violent Death in Indian Country | 1.5 | Gayle Thom and Dianne Barker Harrold |
| 08/29/11 | Effectively Working with Gay, Lesbian, Bi-Sexual and Questioning Youth | 2 | Al Killen-Harvey MSW |
| 09/06/11 | Understanding Trauma and Dissociation from the Inside Out | 1 | Olga Trujillo, JD |
| 09/16/11 | Emotional/Psychological Maltreatment | 1.5 | Amy Russell, MSEd, JD, NCC |
| 09/16/11 | What You Need to Know: Documentation and Testifying in Suspected Child Abuse Cases | 1 | Aaron McGown, JD |
| 09/16/11 | Child Abuse, Intimate Partner Violence and Custody Evaluations | 1.5 | Amy Russell, MSEd, JD, NCC |
| 09/16/11 | Effective Multidisciplinary Teams and Evaluating the MDT Response | 1.5 | Amy Russell, MSEd, JD, NCC |
| 09/16/11 | Medical for Non-medical MDT Members: Why does this child need an exam? | .75 | Nancy Free, DO |
| 09/16/11 | Poisoning in Children | 1 | Arne Graff, MD |
| 09/23/11 | Investigating and Prosecuting Authority Figure Cases | 1.5 | Justin Fitzsimmons, JD |
| 09/26/11 | Drug Endangered Children "Hot Topics" | 1.5 | Penny Grant, MD |
| 10/05/11 | Reluctance, Real and Apparent, and What to Do About it in an Interview | 2 | Tom Lyon PhD, JD |
| 10/11/11 | Follow-Up Questions | 1 | Elizabeth Ahern |
| 10/14/11 | Detecting Deception | 1.5 | Anna Salter PhD |
| 10/14/11 | Child Interviewing Skills: Why Won't They Tell? Working With the Reluctant Child Witness | 1 | Jody Byrne |
| 10/14/11 | Thoughts and Feelings | .75 | Tom Lyon PhD, JD |
| 10/14/11 | Secrecy, Disclosures and Reactions | .75 | Elizabeth Ahern |
| 10/19/11 | Psychodynamics of Abuse: How to debrief and handle vicarious trauma | 1.5 | Myra West, PsyD |
| 10/19/11 | Time, Number and Repeated Abuse | 1 | Tom Lyon PhD, JD |
| 10/25/11 | Cultural Considerations in Interviewing Bilingual and/or Monolingual Children in Spanish | 1 | Emily Rivera-Nunez |
| 11/02/11 | Hearsay and Testimony | 1 | Tom Lyon PhD, JD |
| 11/09/11 | Corroborating Evidence in Child Abuse Cases | 1 | National District Attorneys Association |
| 11/11/11 | Seeing is Believing: Video Tapes of Child Abuse | 1 | Jan Bays, MD |
| 12/28/11 | Grandparents in Distress: Supporting Grandparents who are Caretakers | 2 | Kathleen Faller, Mary Ortega |

| Date | Title | Hours | Presenter |
|---|---|---|---|
| 02/15/12 | Countering the Normalization of Sexual Harm: A Key Strategy to Prevent Child Abuse and Exploitation on Internet and Face to Face | 2 | Cordelia Anderson, MA |
| 02/27/12 | Beyond Yes/No: How to Elicit Essential Details of Abuse without Direct Questions | 2 | Tom Lyon PhD, JD |
| 02/28/12 | Women Who Molest Children: Offender Typologies | 2 | Captain Bill Carson, MA |
| 05/15/12 | Medical Issues in Child Abuse | 3 | Rich Kaplan MD |
| 05/15/12 | For Crying Out Loud | .5 | Geri Wisner-Foley, JD |
| 05/15/12 | Overview of Youth Victimization | 1.5 | Lisa Brito Green |
| 05/16/12 | Investigation and Prosecution of Physical Abuse | 1.25 | Rachel Mitchell, JD |
| 05/16/12 | Domestic Minor Sex Trafficking | 1 | Geri Wisner-Foley, JD |
| 05/16/12 | Interrogation | 1 | Michael Brown |
| 05/16/12 | Unto the Third Generation | 1 | Lisa Brito Green |
| 05/16/12 | Developing the Multidisciplinary "A Team" | .5 | Geri Wisner-Foley, JD |
| 05/16/12 | It's An Order | .5 | Geri Wisner-Foley, JD |
| 05/16/12 | Understanding the Complexities of Sexual Abuse Cases | 1.25 | Rachel Mitchell, JD |
| 05/17/12 | Defending the Forensic Interview: Understanding Child Development and Linguistics | 1.25 | Geri Wisner-Foley, JD |
| 05/17/12 | Preparing Kids for Court and the Court for Kids | 1 | Lisa Brito Green |
| 05/17/12 | Corroboration, Crime Scene Investigations and First Responders | 1 | Michael Brown |
| 05/17/12 | Tips for Testifying | 1 | Geri Wisner-Foley, JD |
| 05/17/12 | MDT Team Building Workshop | 1 | Geri Wisner-Foley, JD |
| 05/17/12 | Building Resiliency and Resources for Professionals | 1 | Lisa Brito Green |
| 06/14/12 | Real Cops Play with Dolls: Using Dolls in the Investigation of Child Fatalities | 2 | Patti Toth, JD |
| 06/14/12 | Preparing for and Testifying in Court-Learning to Love Being a Witness | 1.5 | Stephanie Smith, JD |
| 06/15/12 | I Thought He Was My Friend. The Internet-A Molester's Paradise. | 2 | Jim Holler |
| 06/18/12 | Toxic Triad-Animal Cruelty, Domestic Violence, and Child Maltreatment | 1.75 | Barbara Boat, PhD |
| 06/18/12 | Ultimate Betrayal: Abuse of Minors and Vulnerable Adults by Clergy and Religious | 1.5 | Kathleen McChesney, PhD |
| 06/26/12 | Child Forensic Interviews-Differences, Debates and Best Practices | 1.75 | Patti Toth, JD |
| 06/29/12 | Sexting Cases-Effective Prevention and Intervention | 2 | Mathias Heck, JD |
| 07/05/12 | Conflicting Loyalties-Working with Families where Sibling Incest Occurs | 2 | Kevin Wade, MSW |
| 07/18/12 | The Link: Children Exposed to Animal Abuse | 2 | Allie Phillips, J.D. |
| 09/14/12 | Issues of Suggestibility and Court | 2 | Corner House Training Center |
| 09/26/12 | Physical Punishment: How Much is Too Much? | 1.5 | Walter Lambert, MD |
| 09/26/12 | Memory and Suggestibility | 1.5 | Rob Giles |
| 10/09/12 | Responding to Child Torture Before, During and After the Forensic Interview | 1.75 | Suzanna Tiapula, Barbara Knox, MD |
| 10/09/12 | Through the Mind of the Sex Offender: Conducting Forensic Interviews with an Understanding of Sex Offender Typologies | 1.75 | Mike Johnson, JD |
| 10/09/12 | The Impact of the Internet and Pornography on Child Development | 1.5 | Mindy Mitnick, Ed.M, MA |
| 10/09/12 | "Priming" Children's Disclosures: Suggestibility in Forensic Interviews | 1.5 | Amy Russell, MSEd, JD, NCC |
| 10/10/12 | "Why Did You Show the Child Naked Pictures?" A Mini Trial on the Usage of Anatomical Diagrams | 2 | Stephanie Smith, Joe Del Russo, JD |
| 10/10/12 | Conducting the Forensic Interview with an Eye Toward the Medical Examination Room | 1.25 | Mark Hudson, MD |
| 10/10/12 | Recent Research Affecting Forensic Interviews, Investigations and Prosecutions | 1.25 | Chris Newlin |
| 10/10/12 | To Use or Not to Use: Evidence in the Forensic Interview | 2.25 | Amy Russell, MSEd, JD, NCC |
| 10/10/12 | Playing Nice in the Sandbox: Developing Effective MDTs | 1.25 | Rita Farrell, Mike Johnson |
| 10/11/12 | Interviewing Native Children: Incorporating the Historical Trauma Model in the Forensic Interview | 1.5 | Kathryn England-Ayetes, Pauline Lucero-Esquivel |

| Date | Title | Hours | Presenter |
|---|---|---|---|
| 10/11/12 | The Top Ten: A Review of Case Law Impacting Forensic Interviewers and MDTs | 1.25 | Tom Leclair, JD |
| 10/11/12 | In the Neighborhood: Addressing the Sexual Abuse and Sexual Exploitation of Children in Strip Clubs | 1.25 | Victor Vieth, JD |
| 10/11/12 | Interviewing Children with Disabilities | 1.5 | Robert Geffner, Ph.D. |
| 10/11/12 | Interviewing an Autistic Child | 1.5 | Anne Lukas-Miller |
| 10/12/12 | Overcoming Difficult Situations in Forensic Interviews…What Questions Do I Ask Next? | 1.5 | Rita Farrel |
| 10/12/12 | Monitoring Team Etiquette, Trials and Tribulations: We Can Do It Better and with Feeling! | 1.25 | Micheal Schiltz |
| 10/12/12 | Narrative Practice: Does it Work With All Protocols? | 1.25 | Jennifer Anderson, Wendy Anderson |
| 10/30/12 | Child Pornography: the Ultimate Tool to Rescue Children from Sexual Abuse | 1.5 | Heather Steele, MBA |
| 11/16/12 | Child Abuse: Working with the Non-Offending Caregiver | 1 | Roger Canoff, JD-NDAA |
| 11/19/12 | Working with Latino Clients Dealing with Issues of Child Sexual Abuse | 1.5 | Ana Correa |
| 12/07/12 | Child Sexual Abuse in the 21st Century: What Do We Know and Why Do We Know It? | 2 | Lori Frasier, MD |
| 12/13/12 | Compliant Child Victims: Confronting an Uncomfortable Reality | 1.5 | Ken Lanning |
| 12/14/12 | Poly Victimization: A Key to Understanding Childhood Adversity and Stress | 1.5 | David Filkelhor |
| 12/26/12 | "I Just Knowed It": What Can We Expect From Our Youngest Witnesses? | 1 | Linda Cordisco Steele, M. Ed., LPC |
| 12/26/12 | Exploring the Vulnerabilities of Lesbian, Gay and Questioning Youth | 1.5 | Elda Dauber, LICSW |
| 04/11/13 | Achieving Clinical Excellence: Three Steps to Superior Performance | 7 | Scott D. Miller, Ph.D. |
| 06/05/13 | Interviewing Victims of Violence and Homicide: Understanding Homicide Through the Eyes of a Child | 1 | Andra Chamberlain, MS |
| 10/4/13 | Child Sexual Exploitation – Minor Domestic Sex Trafficking | 1.5 | Sharon Cooper, MD |
| 10/04/13 | Update on Child Sex Trafficking in South Dakota | .5 | Kevin Koliner AUSA |
| 10/04/13 | Serious Child Abuse or Torture? | 1.5 | Sharon Cooper, MD |
| 10/04/13 | Non-Accidental Trauma in Infants and Children from a Forensic Pathologist's Perspective | 1.0 | Kenneth Snell, MD |
| 10/04/13 | Child Sexual Abuse Dynamics and Disclosure | .75 | Colleen Brazil |
| 10/04/13 | Abuse of Street Drugs and the Effects on Children/Internet Crimes and Children | 1.0 | ICAC/SFPD Panel |
| 02/19/13 | It's About Time: Children's Ability Versus The Team's Need to Know | 1 | Andra Chamberlain, MS |
| 04/28/14 | Working with Families in Poverty | 2 | Dr. Donna Beegle |
| 06/02/14 | Poly Victimization: Interviewing About Multiple Forms of Abuse | 1.75 | Dr. Mindy Mitnick |
| 06/02/14 | First Responder Interviews are Called So Many Names, but How Should We Really Be Doing Them? | 1.75 | Rita Farrell and Julie Kenniston, MSW, LSW |
| 06/02/14 | Offender Typologies: Patterns, Profiles and Prevention Strategies | 1.5 | Alison Feigh, MS |
| 06/02/14 | It Seemed Like a Good Idea at the Time: Ethics and the Forensic Interview Process | 1.5 | Victor Vieth, JD |
| 06/03/14 | ChildFirst Protocol Updates | 2 | Amy Russell MSed, JD, NCC and Vera Doukmajian |
| 06/03/14 | Presenting Evidence-Another Side | 1.75 | Joe Del'Russo JD and Tony D'Urso, JD |
| 06/03/14 | Shadow Children: Interviewing Considerations | 2 | Rita Farrell |
| 06/03/14 | Why Prosecutors Need to Observe the Forensic Interview | 1.25 | Stephanie Smith, JD |
| 06/04/14 | Top Ten Case Updates | 1.75 | Stephanie Smith, JD |
| 06/04/14 | The People in Your Neighborhood: Working with LGBTQ Youth | 1.25 | Amy Russell MSed, JD, NCC |
| 06/04/14 | Using TF-CBT for Spiritual Injuries | 1.25 | Don Walker, PhD |
| 06/04/14 | Extended Assessments: When One Interview Doesn't Resolve Concerns About Sexual Abuse | 2 | Kathleen Coulborn Faller, PhD, MSW |
| 06/04/14 | Recent Research Affecting Child Abuse Investigations and Prosecutions | 1.5 | Chris Newlin, MS LPC |
| 06/05/14 | Standard-Setting for Forensic Interviewing-What's on the Horizon for NCA's National Standards for Accreditation | 1.5 | Teresa Huizar |

| Date | Title | Hours | Presenter |
|---|---|---|---|
| 06/05/14 | Because the Bible Tells Me So: Examining Corporal Punishment | 1.25 | Victor Vieth, JD |
| 06/05/14 | From an Advocate's Perspective: Domestic Violence and Child Abuse | 1.25 | Beth Olson, MSW |
| 06/24/14 | Out of the Shadows at Last: The Investigation and Prosecution of Male Victims | 1.75 | Roger Canaff, JD |
| 08/14/14 | What Everyone Who Works with Sexual Assault Victims Needs to Know About Sexual Offenders | 1.5 | David Burton, MSW, PhD |
| 08/15/14 | Most Common Mistakes Made in Forensic Interviews and How to Fix Them | 1 | Linda Cordisco Steele, M. Ed., LPC and Heather Stewart |
| 08/15/14 | Minimizing Miscommunication in Child Forensic Interviews | 2 | Julie Kenniston |
| 08/15/14 | A Pebble in the Pond: Multigenerational Abuse | 1.5 | Tamara Hillard, LICSW |
| 08/18/14 | Child Murder: Suffocation, Strangulation and Drowning | 2 | Chief Jim Holler |
| 08/18/14 | Forensic Interviewer as Defense Expert | 2 | Sasha Rutizer |
| 08/18/14 | Michael Devlin Case Study | 2 | Colonel Bill Carlson |
| 08/19/14 | Sexual Assault Case from the Defense Point of View | 2 | Larry Braunstien, JD |
| 08/26/14 | Understanding Adult Perpetrators of Sexual Crimes Against Children part 1 | 2 | Kenneth Lanning, Retired FBI Agent |
| 08/26/14 | Behind the Mask of a Child Rapist | 2 | Chief Jim Holler |
| 10/03/14 | Developmental Impact of Child Abuse | 3 | Mindy Mitmick Ed.M, MA |
| 10/03/14 | Drug Use: What's New in Our Region | .5 | Aaron Nyberg |
| 10/03/14 | Technology Update | 1.75 | Lt. Matt Burns |
| 10/03/14 | Understanding Emerging Technologies to Prevent Victimization | 2 | Capt. Joseph Rampolla |
| 10/03/14 | A Story of Hope/Legislative Update | 1 | Jolene Loetscher |
| 10/24/14 | Medical Needs of Children Who are Abused and Neglected | 5 | Dr. Carole Jenny |
| 05/26/15 | Child Interviewing: Update on Research and Practice | 2 | Tom Lyon PhD, JD |
| 06/05/15 | Forensic Interviewing of Domestic Minor Sex Trafficking Victims at Child Advocacy Centers | 2 | Iona Rudisill, LGSW |
| 08/03/15 | Minimizing Miscommunication in Child Forensic Interviews (Part 2) | 2 | Julie Kenniston, MSW |
| 08/04/15 | Sexually Transmitted Infections in Child Abuse Cases | 1 | Karen Farst, MD |
| 08/05/15 | The NCAC Extended Forensic Model: Rationale and Key Components | 1 | Linda Cordisco Steele, M. Ed., LPC |
| 08/05/15 | Interviewing Bilingual, Non-English Speaking and Limited English Proficient Children | 1.25 | Maria Rosales-Lambert |
| 09/04/15 | Ethics and Social Media: What Happens When I Post That? | 1.5 | Justin Fitzsimmons, JD |
| 09/15/15 | Child Sexual Abuse: Boot Camp for Sex Trafficking | 1.5 | Hollie Strand, MFS |
| 09/15/15 | "Use the Force, Luke!" Managing Number One First…and Staying Motivated to Make a Difference! | 1.5 | Charlie Appelstein, MSW |
| 09/17/15 | Memories Hold Hands: Understanding Historical Trauma and Unresolved Historical Grief in American Indian/ Alaska Native Communities | 1.5 | Kathryn England Aytes, Ed. D., M.S. |
| 09/18/15 | Four W's and an H: Addressing the Who, What, Where, When and How of Child Assessment and Interview Technology | 1.5 | National Children's Advocacy Center |
| 09/23/15 | 50 Shades of Pornography: The Impact of Pornography on Child Abuse | .75 | Cordelia Anderson, MA |
| 09/24/15 | Collaboration, Consistency and Cultural Competency | 1.75 | Carol Ann Ellis |
| 10/02/15 | Effectively Engaging with Male Survivors of Sexual Abuse | 1 | Christopher Anderson |
| 10/02/15 | How Sexual Assault Cases Navigate through the Federal System | 1 | Tom Wright, JD |
| 10/02/15 | "Controversies" in Abusive Head Trauma | 1 | Brett Slingsby, MD |
| 10/02/15 | Stop "Checking the Box": Responding with Excellence to Juveniles Who Commit Sex Offenses | 1.5 | Victor Vieth, JD |
| 10/02/15 | From Sticks to Flowers: Guidelines for Child Protection Professionals Working with Parents Using Scripture to Justify Corporal Punishment | 1 | Victor Vieth, JD |
| 10/02/15 | Legislative Update-Jolene's Law Task Force | .5 | Nancy Free, MD |
| 10/30/15 | Strengthening the Multi-Disciplinary Approach | 6.5 | Jerri Sites, MA |
| 11/03/15-11/05/15 | Advanced Forensic Interviewing Training | 24 | National Children's Advocacy Center |

| Date | Title | Hours | Presenter |
|---|---|---|---|
| 12/10/15 | Update on Trends in Child Welfare | 2 | David Finkelhor, Ph.D. |
| 12/14/15 | Understanding Adult Perpetrators of Sexual Crimes Against Children Part 2 | 2 | Kenneth Lanning, Retired FBI Agent |
| 12/17/15 | Acquaintance Child Molesters | 2 | Kenneth Lanning, Retired FBI Agent |
| 01/14/16 | The Forensic Interviewer At Trial: Considerations for Testimony When Being Called by the State or Defense | 2 | NDAA |
| 06/28/16-06/30/16 | Team Facilitator Training | 20 | Midwest Regional Child Advocacy Center |
| 07/27/16 | Why Parents Don't Believe | 1 | Chris Newlin, MS LPC |
| 07/27/16 | Technology and Crimes Against Children | 1 | Justin Fitzsimmons, JD |
| 07/27/16 | Grooming: Making You See and Believe What I Want You to See and Believe | 1 | Chris Newlin, MS LPC |
| 07/27/16 | From Crime Scene to Courtroom-Telling the Story to the Jury | 1 | Barry Matson, JD. |
| 07/28/16 | Male Survivors of Sexual Abuse | 1.5 | Christopher M. Anderson |
| 07/28/16 | Child Witnesses: Update on Practices 2016 | 1.5 | Tom Lyon PhD, JD |
| 08/02/16 | Law Enforcement Response to Sexting Investigations | 1.25 | National Criminal Justice Training Center |
| 08/08/16 | Blocks and Problems: Recognizing Challenges and Opportunities in the Forensic Interview | 1.5 | Julie Stauffer, MSW, LICSW |
| 08/18/16 | Keynote: The Story | 1 | Matthew Sandusky |
| 08/18/16 | The Wide-Ranging Impact of Adverse Childhood Experiences | 1.5 | Robert Anda, MD, MS |
| 08/18/16 | Through a Care Provider's Eyes | .75 | Wallace Jackmon, PhD, LCSW-PIP |
| 08/18/16 | "Ending Child Abuse in 3 Generations" | 1.5 | Victor Vieth, JD |
| 08/18/16 | "It Can Happen in South Dakota" | .75 | Tim Maher, JD; Cameron Corey, SA-DCI |
| 08/18/16 | "In Our Words-The Journey of Sexual Abuse" | .5 | Jolene Loetcher, MBA; Mary Beth Holzworth |
| 08/18/16 | "Psychosexual Evaluations and Treatment of Individuals Who Have Sexually Offended Children or Others" | 1 | Scott Pribyl, EdD |
| 08/19/16 | "Undercover as a Pedophile: Six Years in their Shoes" | 1.5 | Robert Farley, MS |
| 08/19/16 | Keynote: "A Resilient Life" | 1 | Erin Merryn |
| 08/19/16 | SD Moving Forward, "Jolene's Law Task Force" | 1 | SD State Senator Deb Soholt |
| 11/30/16 | Men Who Molest Boys: Perhaps the Most Persistent of All Child Molesters | 1.5 | Colonel William Carson, MA |
| 11/30/16 | It Really Didn't Happen – Recantations of Child Sexual Abuse | 1 | Andra Chamberlain, MS |
| 12/07/16 | Overcoming Barriers to Protecting Children with Disabilities from Sexual Abuse | 1.5 | Jennifer Casserly, Med |
| 12/15/16 | Building Bridges in Indian Country | 1.5 | Geri Wisner, JD |
| 03/09/17 | Child Interviewing 2017: Update on Research and Practice | 1.5 | Tom Lyon PhD, JD |
| 06/12/17 | Understanding The Relationship Between Grief And Addiction | 1 | Jim Scarpace, MS |
| 07/20/17 | An Overview of Methamphetamine, Bath Salts and Other Synthetic Drugs: The Relationship between Drug Use and Victimization | 1 | Ron Deist, RA-DEA, Sioux Falls, SD |
| 07/20/17 | Understanding and Responding to the Needs of Drug Endangered Children | 1 | Valaura Imus BIA Victim Specialist |
| 07/31/17 | What Every Prosecutor Needs to Know about Forensic Interviewing | 1 | Mary Sawicki, JD- and Linda Cordisco Steele, M. Ed., LPC NCAC |
| 08/15/17 | No More Sorrow, No More Silence-The Voice of a Survivor | 1 | Jennifer Nadler, MSed |
| 08/15/17 | The Nexus Between Domestic Violence and Commercial Sexual Exploitation | 1.5 | William Rousseau |
| 08/15/17 | The Injury of Absence: The Neuroscience of Pervasive Neglect | 1.5 | Cherilyn Rowland-Petrie, LMHC |
| 08/16/17 | The Power of Resilience and Redemption, The Spirit of a Child-From Rejection to Connection to Direction | 1 | Derek Clark |

| | | | |
|---|---|---|---|
| 08/16/17 | Gentle Child Murder: Suffocation, Strangulation and Drowning | 1.5 | Chief Jim Holler |
| 08/17/17 | Rediscovering the Beauty Within | 1 | Sasha Neulinger |
| 08/17/17 | Suffer from BURNOUT, Give'em the F.I.N.G.E.R.! | 1.5 | Mark Yarbrough, JD |
| 09/06/17 | Cultural Issues in Child Forensic Interviewing | 1.5 | Lisa Aronson Fontes, Ph.D. |
| 01/17/18 | Use of Experts in Child Sexual Abuse Cases | 1 | Edward Chase, JD-APA |
| 02/24/18-02/25/18 | Intensive Lakota-Lakota For Beginners | 14 | Standing Rock Sioux Tribe Language &Culture Institute-Sitting Bull College |

**Presentations**

| Date | Topic | Hr | Audience |
|---|---|---|---|
| 11/30/10 | What is the CAC? | 2 | CASA |
| 12/15/10 | Recognizing and Responding to Child Abuse | 1 | Lakota Nation Invitation Conference |
| 06/29/11 | Recognizing and Responding to Child Abuse | .5 | Courtroom Testimony Workshop |
| 03/17/12 | Recognizing and Responding to Child Abuse | 1 | PRIDE |
| 04/10/12 | Recognizing and Responding to Child Abuse | 1 | PRIDE |
| 07/09/14 | Recognizing and Responding to Child Abuse | 1 | Meade County Grand Jury Training |
| 08/12/15 | Recognizing and Responding to Child Abuse | 1 | PRIDE |
| 01/13/16 | Recognizing and Responding to Child Abuse | 1 | Meade County Grand Jury Training |
| 02/13/16 | Recognizing and Responding to Child Abuse | 2.5 | HOPE |
| 03/17/16 | Recognizing and Responding to Child Abuse | 1 | Child Protection Council-Lunch bag Learning |
| 04/21/16 | What If? Keeping Kids Safe | 1 | Child Protection Council-Lunch bag Learning |
| 05/25/16 | Recognizing and Responding to Child Abuse/ What If? Keeping Kids Safe | 2.5 | ARISE Staff |
| 07/13/16 | Recognizing and Responding to Child Abuse | 1.5 | Meade County Grand Jury Training |
| 07/14/16 | Recognizing and Responding to Child Abuse/ What If? Keeping Kids Safe | 2.5 | Northern Hills Foster Parent Association |
| 07/21/16 | Recognizing and Responding to Child Abuse | 1 | PRIDE |
| 08/15/16 | Recognizing and Responding to Child Abuse | 8 | Newcastle Police Department |
| 11/15/16 | Recognizing and Responding to Child Abuse/Coordinated Responses to Child Abuse Cases | 4 | Gillette Department of Family Services/School Counselors |
| 11/18/16 | How to talk to Kids | 1 | Pennington County State's Attorney's Office |
| 03/09/17 | Recognizing and Responding to Child Abuse | 1 | PRIDE |
| 03/23/17 | School Response to Child Abuse | 1 | Creekside Christian School |
| 03/23/17 | Keeping Kids Safe Off and Online | 1.5 | Open Bible Christian Center |
| 05/24/17 | Recognizing and Responding to Child Abuse/Coordinated Responses to Child Abuse Cases | 3 | Gillette Professionals |
| 05/31/17 | Recognizing and Responding to Child Abuse/ What If? Keeping Kids Safe | 2.5 | ARISE Staff |
| 06/22/17 | Recognizing and Responding to Child Abuse | 1 | PRIDE |
| 07/12/17 | Recognizing and Responding to Child Abuse | 1.5 | Meade County Grand Jury Training |
| 07/20/17 | Reducing System Inflicted Trauma in CSA Investigations using a Reservation Based CAC | 3 | Offering Hope To Victims in the Spirit of Justice Conference US DOJ-OVC RC, SD |
| 08/15/17 | Completing the Puzzle: Strengthening Cases of Child Sexual Abuse through a Collaborative Approach | 1.5 | Wyoming's Joint Symposium on Children and Youth |
| 08/25/17 | Completing the Puzzle: Strengthening Cases of Child Sexual Abuse through a Collaborative Approach | .5 | US Attorney's Office-South Dakota |
| 09/14/17 | Recognizing and Responding to Child Abuse/Coordinated Responses to | 2 | Daycare Association Training |

| | Child Abuse Cases | | |
|---|---|---|---|
| 12/21/17 | Recognizing and Responding to Child Abuse/ What If? Keeping Kids Safe | 1 | Free Community Training |
| 01/10/18 | Recognizing and Responding to Child Abuse | 1.5 | Meade County Grand Jury Training |
| 01/18/18 | Recognizing and Responding to Child Abuse/Coordinated Responses to Child Abuse Cases | 3 | Box Elder Police Department |
| 02/05/18 | Recognizing and Responding to Child Abuse/Coordinated Responses to Child Abuse Cases | 3 | Black Hills State University-Intro to Human Services |
| 03/15/18 | Recognizing and Responding to Child Abuse | 1 | Child Protection Council-Lunch bag Learning |
| 4/19/18 | Keeping Kids Safe | 1 | Child Protection Council-Lunch bag Learning |