# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Jeffrey L. Viken United States Chief Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KLE<br>Courtroom - RC #1 | Court Reporter – Judy Thompson<br>Date – January 2, 2019 |

5:18-cr-50117-01

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Henry Chase Alone<br>a/k/a Henry Black Elk<br><br>Defendant. | Megan Poppen<br><br><br><br><br><br>Jennifer Albertson |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:
1:29 p.m.      Enter Pre-Trial Conference before the Honorable Jeffrey L. Viken, United States Chief Judge, presiding.

Counsel note their appearances for the record.  The defendant is present in custody.

The Court reviews with counsel the length of trial, special technology needs, juror information, length of voir dire and length of opening statements.

Sequestration of witnesses is Ordered.

The Court notes Notice and Brief in Support of Federal Rule of Evidence 413 [42] and defense response.  Ms. Albertson addresses the Court.  Ms. Poppen responds.  The Court rules.

The Court notes the Government's Notice of Expert Witnesses.  Ms. Albertson responds.  Ms. Poppen adds further information.

Ms. Poppen modifies government's witness list.

2:39 p.m.     Court in Recess.

2:51 p.m.     Court Resumes.

              Ms. Poppen addresses the Court as to additional discovery. Ms. Albertson responds. The Court inquires further and rules.

              The Court notes there are no objections to the Court's proposed primary jury instructions or supplemental instructions.

3:01 p.m.     Court Adjourned.