DSD Rev. 09/17

# UNITED STATES DISTRICT COURT

### DISTRICT OF SOUTH DAKOTA

Western Division

## EXHIBIT LIST

United States of America
V.
Henry Chase Alone  a/k/a  Henry Black Elk

Case Number:  5:18-cr-50117-01

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| Jeffrey L. Viken, United States Chief Judge | | | | Megan Poppen | Jennifer Albertson |
| **TRIAL DATE (S)** | | | | **COURT REPORTER** | **COURTROOM DEPUTY** |
| January 8, 2019 | | | | Judy Thompson | KLE |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | 01/09/19 | X | **Computer** |
| 1a | | | 01/09/19 | X | Photo of Computer |
| 2 | | | 01/09/19 | X | D-Link Camera |
| 3 | | | 01/09/19 | X | **CD:** Jail Call: 18_211358_henry_rochelle_phone_call_11_2_0904 |
| 4 | | | 01/09/19 | X | **CD:** Jail Call: 18_211358_henry_rochelle_phone_call_11_2_0914 |
| 5 | | | | | Jail Call: 18_211358_henry_rochelle_phone_call_11_2_0923 |
| 6 | | | 01/09/19 | X | **CD:** Jail Call: 18_211358_henry_rochelle_phone_call_11_2_1946 |
| 7 | | | 01/09/19 | X | **CD:** Jail Call: 18_211358_henry_rochelle_phone_call_11_2_2001 |
| 8 | | | 01/09/19 | X | **CD:** Jail Call: 18_211358_henry_rochelle_phone_call_11_2_2011 |
| 9 | | | 01/09/19 | X | **CD:** Jail Call: 18_211358_henry_rochelle_phone_call_11_2_2048 |
| 10 | | | 01/09/19 | X | **CD:** Jail Call: 18_211358_henry_rochelle_phone_call_11_3_1732 |
| 11 | | | 01/09/19 | X | **CD:** Jail Call: 18_211358_henry_rochelle_phone_call_11_4_0801 |
| 12 | | | 01/09/19 | X | ***SEALED* Child Pornography** |
| 13 | | | | | Photo – G.R.N. |
| 14 | | | | | Photo - G.R.N. |
| 15 | | | | | Photo - G.R.N. |
| 16 | | | | | Photo - G.R.N. |
| 17 | | | | | Photo - G.R.N. |
| 18 | | | | | Photo - G.R.N. |
| 19 | | | | | Photo - G.R.N. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DSD Rev. 09/17

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| United States of America | | | | vs. | Henry Chase Alone  a/k/a  Henry Black Elk      Case No. 5:18-cr-50117-01 |
| 20 | | | | | Photo – G.R.N. |
| 21 | | | 01/09/19 | X | Screen Shots |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | Certified Judgment – Dawes County, Nebraska CR06-12 |
| 25 | | | | | Certified Judgment – United States District Court 5:15-CR-50011-01 |
| 26 | | | | | Certified Judgment – Seventh Judicial Circuit 51C05005235A0 |
| 27 | | | 01/09/19 | X | Laptop computer pawn slip |
| 28 | | | 01/08/19 | X | **CD:** Henry Chase Alone interview 8-24-18 |
| 29 | | | | | Henry Chase Alone interview 9-7-18 |
| 30 | | | 01/09/19 | X | ID Photos |
| 31 | | | 01/09/19 | X | ID Photos |
| 32 | | | 01/09/19 | X | ID Photos |
| 33 | | | 01/09/19 | X | ID Photos |
| 34 | | | 01/09/19 | X | ID Photos |
| 35 | | | 01/09/19 | X | ID Photos |
| 36 | | | 01/09/19 | X | ID Photos |
| 37 | | | | | Lab Report |
| 38 | | | 01/10/19 | REF | Lab Report |
| 39 | | | 01/09/19 | X | RC Assault Photo |
| 40 | | | 01/09/19 | X | RC Assault Photo |
| 41 | | | 010/9/19 | X | RC Assault Photo |
| 42 | | | 01/09/19 | X | RC Assault Photo |
| 43 | | | 01/09/19 | X | RC Assault Photo |
| 44 | | | 01/09/19 | X | RC Assault Photo |
| 45 | | | 01/09/19 | X | RC Assault Photo |
| 46 | | | 01/09/19 | X | RC Assault Photo |
| 47 | | | 01/09/19 | X | RC Assault Photo |
| 48 | | | | | 911 calls from OST DPS |

Page 2 of 3

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DSD Rev. 09/17

| | United States of America | | | vs. | Henry Chase Alone  a/k/a  Henry Black Elk | Case No. 5:18-cr-50117-01 |
|---|---|---|---|---|---|---|
| 49 | | | | | SANE Photos of injuries | |
| 50 | | | 01/09/19 | X | Tribal Assault Photo-boots | |
| 51 | | | 01/09/19 | X | Tribal Assault Photo-boots | |
| 52 | | | 01/09/19 | X | Tribal Assault Photo-boots | |
| 53 | | | 01/09/19 | X | Tribal Assault Photo | |
| 54 | | | 01/09/19 | X | Tribal Assault Photo | |
| 55 | | | 01/09/19 | X | Tribal Assault Photo | |
| 56 | | | 01/09/19 | X | Tribal Assault Photo | |
| 57 | | | 01/09/19 | X | Tribal Assault Photo | |
| 58 | | | 01/09/19 | X | Photo – Chase Alone Booking | |
| 59 | | | 01/09/19 | X | Photo – Chase Alone Booking | |
| 60 | | | 01/09/19 | X | Photo- Assault | |
| 61 | | | 01/09/19 | X | Photo- Assault | |
| 62 | | | 01/09/19 | X | Photo- Assault | |
| 63 | | | 01/09/19 | X | Photo- Assault | |
| 64 | | | 01/09/19 | X | Photo- Assault | |
| 65 | | | | | | |
| 66 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Page 3 of 3

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.