UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HENRY CHASE ALONE,<br><br>　　　　　Defendant. | CR. 18-50117-JLV<br><br>VERDICT |

We, the jury duly empaneled and sworn to try the issues in the case, unanimously find as follows:

1. We unanimously find the defendant HENRY CHASE ALONE, __guilty__ (fill in either "not guilty" or "guilty") of Sexual Exploitation of a Minor as charged in Count I of the indictment.

2. We unanimously find the defendant HENRY CHASE ALONE, __guilty__ (fill in either "not guilty" or "guilty") of Sexual Exploitation of a Minor as charged in Count II of the indictment.

3. We unanimously find the defendant HENRY CHASE ALONE, __guilty__ (fill in either "not guilty" or "guilty") of Aggravated Incest as charged in Count III of the indictment.

__1/10/2019__
Date

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Foreperson