

# ACTIVATING CJA PRIVILEGES

The next generation (NextGen) of CM/ECF provides a new toggle feature that allows you to switch from non-exempt to exempt status when performing CJA-related work, which is exempt from PACER fees. This feature is available only if you have been appointed as a CJA attorney. If your PACER account was created prior to August 2014, you must upgrade it (see *Upgrading your PACER Account* for instructions), if you have not already done so.

Below are instructions for activating CJA privileges if you are (1) an existing CJA attorney with a PACER-exempt account in a NextGen court; (2) a newly appointed CJA attorney with an existing PACER account; or (3) a newly appointed CJA attorney with no PACER account.

## Existing CJA Attorney with a PACER-Exempt Account in a NextGen Court

**STEP 1** Contact the PACER Service Center (PSC) at (800) 676-6856 or email them at pacer@psc.uscourts.gov to request that CJA privileges be added to your upgraded PACER account. You must provide:

  a. Your name, user name, and the account number of your upgraded PACER account. You can find this information by logging on to **Manage My Account** at www.pacer.gov.

  **MANAGE MY ACCOUNT**
  Welcome, Nextgen User

  | | |
  |---|---|
  | Account Number | 1234567 |
  | Username | nextgenuser8 |
  | Account Balance | $0.00 |
  | Case Search Status | Active |
  | Account Type | Upgraded PACER Account |

  b. The district in which you have been appointed as a CJA attorney.

  c. Your PACER-exempt account information, which includes your user name and account number. You can find this information by logging on to **Manage My Account** at www.pacer.gov.

  **Note:** Once CJA privileges are activated on your upgraded PACER account, your PACER-exempt account will be canceled.

**STEP 2** The PSC will send you an email with instructions on how to proceed.

## Newly Appointed CJA Attorney with an Existing PACER Account

**STEP 1** Contact the PACER Service Center (PSC) at (800) 676-6856 or email them at pacer@psc.uscourts.gov to request that CJA privileges be added to your upgraded PACER account. You must provide:

  a. Your name, user name, and the account number of your upgraded PACER account. You can find this information by logging on to **Manage My Account** at www.pacer.gov.





b. The district in which you have been appointed as a CJA attorney.

**STEP 2**   The PSC will send you an email with the CJA acknowledgement and instructions for exempt usage.

**STEP 3**   Reply to the email acknowledging that you accept and understand the terms of use. **CJA privileges will not be activated until you acknowledge the terms of use**.

**STEP 4**   Upon receipt of your acknowledgment, CJA privileges will be activated and you will be able to use the **Change PACER Exemption Status** toggle in NextGen courts and "x-" prefix in CurrentGen courts.

## Newly Appointed CJA Attorney with NO PACER Account

**STEP 1**   Register for a PACER account at www.pacer.gov.

**STEP 2**   Complete all required fields and submit your registration.

**In the Account Information section, be sure to select the check box indicating the account will be used by an attorney appointed to the CJA Attorney Panel**. After you select the check box, the **CJA Jurisdiction** drop-down list appears. A selection from this list is required; you must select the jurisdiction in which you have been appointed as a CJA attorney.

**STEP 3**   Once your registration has been processed by the PACER Service Center (PSC), you will receive an email with the CJA acknowledgement and instructions for exempt usage.

**STEP 4**   Reply to the email acknowledging that you accept and understand the terms of use. **CJA privileges will not be activated until you acknowledge the terms of use.**

**STEP 5**   Upon receipt of your acknowledgment, CJA privileges will be activated and you will be able to use the **Change PACER Exemption Status** toggle in NextGen courts and "x-" prefix in CurrentGen courts.